

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00041-CV

**IN THE INTEREST OF O.L.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00361
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs are assessed against appellants because they are indigent.

SIGNED June 29, 2022.

_____
Rebeca C. Martinez, Chief Justice